UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **UNDRAL SANDOR DAVIS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 5:23-cv-01251-RDP-SGC |
| | ) |
| **HEADLEY, Warden,** *et al.*, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a Report and Recommendation on November 1, 2023, recommending this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be dismissed without jurisdiction as successive. (Doc. 3). Petitioner has filed objections. (Doc. 4). Other than expressing disappointment with the justice system, the objections generally assert the supposed merits of Petitioner's habeas claims. However, the objections do not make any challenges to the fact that this filing is an unauthorized second or successive § 2254 petition. Accordingly, Petitioner has not presented any argument or evidence to contradict the conclusion that this court lacks jurisdiction over his claims.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. (Doc. 3). Petitioner's objections are **OVERRULED**. (Doc. 4). Consistent with the recommendation, this matter will be dismissed for lack of jurisdiction. As noted in the Report and Recommendation, a ruling on a certificate of appealability is not required under these circumstances.

A separate order will be entered.

**DONE** and **ORDERED** this November 14, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE